UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREW LAPOINTE, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:19-cv-392 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| U.S. BANK NATIONAL ASSOCIATION, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the opinion entered today (ECF No. 50), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 23, 2020               /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge